412 A.2d 576

**In re Nomination Petition of Charles BUSS as Candidate for Nomination of Democratic Party for U. S. Senator From Commonwealth of Pennsylvania. Charles Buss, Petitioner.**

**Objection of Richard J. Welsh.**

Supreme Court of Pennsylvania.

April 3, 1980.

Keene Jabbour, Easton, for petitioner.

S. Howard Kline, Philadelphia, for respondent.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of April, 1980, the Petition for Allowance of Appeal filed in this matter has been given the effect of an appeal filed in this Court.

The Order of the Commonwealth Court is affirmed.

414

ROBERTS, J., dissents and would vacate the Order of the Commonwealth Court and permit the appellant's name to remain on the ballot.